# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN E. WILLIAMS, et al.<br><br>        Plaintiffs,<br><br>    v.<br><br>BENTLEY MOTORS INC, et al.,<br><br>        Defendants. | Case No. CV 12-5685-GW (JCG)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the pleadings filed in this matter (including the operative Second Amended Complaint), the Defendant's Motion to Dismiss and Plaintiff's Opposition thereto, all of the records herein, and the Report and Recommendation of United States Magistrate Judge to Dismiss Civil Rights Action with Prejudice, in Part, and without Prejudice, in Part ("R&R"). The time for filing objections to the R&R has passed, and Plaintiffs have not field any objections with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that: (1) the R&R is approved and adopted; (2) the Plaintiffs' federal claims are dismissed with prejudice; (3) the Court declines to exercise supplemental jurisdiction over Plaintiffs' state law claims and they are hereby dismissed without prejudice; and (4) a Judgment will be issued consistent with this Order and awarding costs.

1     IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the
2 Judgment herein on the parties.

4     LET JUDGMENT BE ENTERED ACCORDINGLY.

6 Dated: This 30th day of July, 2013.

*[signature: George H. Wu]*

GEORGE H. WU
United States District Judge