# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN E. WILLIAMS, et al. </br></br>Plaintiffs, </br></br>v. </br></br>BENTLEY MOTORS INC, et al., </br></br>Defendants. | Case No. CV 12-5685-GW (JCG) </br></br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: 1) Plaintiff's federal claims are dismissed with prejudice; 2) the Court declines to exercise supplemental jurisdiction over Plaintiffs' state law claims, and they are dismissed without prejudice; and 3) Defendants are awarded their costs.

Dated: This 30th day of July, 2013.

_____
GEORGE H. WU
United States District Judge